OLIN FISK GLEASON, petitioner-appellant,

*v.*

TALVA LEONORE GLEASON, defendant-respondent.

[Submitted October term, 1936. Decided January 22d, 1937.]

*Mr. Andrew Foulds, Jr.,* for the petitioner-appellant.

*Mr. George M. Margolis* and *Mr. Bernard I. Verney,* for the defendant-respondent.

PER CURIAM.

We have examined the proofs in this case, and they abundantly support the conclusions of the learned advisory master. The decree will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   13.

*For reversal*—None.